THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOMES OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin corporation, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:21-cv-01080-BJR<br><br>ORDER REGARDING DISCOVERY AND PHASING OF TRIAL |

**ORDER**

After consideration of the parties' submissions on the issue of whether discovery and trial in this matter should be bifurcated, as well as oral argument held on May 24, 2022, the Court concludes as follows.

Discovery in this matter shall proceed with respect to all claims raised in Plaintiff Wildwood Townhomes Owners Association's ("Association") Complaint for Declaratory Relief, Breach of Contract, Bad Faith, Consumer Protection Act Violations, Insurance Fair Conduct Act Violations, and Damages (Dkt. #1). Defendant American Family Mutual Insurance Company's ("American Family") request to bifurcate, stay, or phase discovery is denied.

ORDER REGARDING DISCOVERY AND PHASING OF TRIAL - 1

134065.0001/8986252.1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

The trial shall proceed in two phases before the same jury. The first phase of trial will be limited to the Association's claims against American Family for breach of contract and/or declaratory relief under the insurance policy(s) issued by American Family to the Association and American Family's defenses thereto. The second phase of the trial (should it become necessary) will pertain to the extracontractual claims brought by the Association against American Family, specifically regarding American Family's alleged bad faith, violation of the Insurance Fair Conduct Act ("IFCA"), and violation of the Consumer Protection Act ("CPA").

During the first phase of trial, the parties will limit the presentation of witnesses, evidence, and argument before the jury to matters relating to the Association's coverage claims. Evidence presented during the first phase of the trial will not be repeated during the second phase of the trial.

If the second phase of trial is necessary, it shall proceed immediately after the jury has rendered its verdict in the first phase of the trial.

The dates, deadlines, and requirements of the Court's Order Setting Trial Dates And Related Dates (Dkt. #12) shall remain unchanged except that the entry for "Length of Jury Trial" will now read: "7−10 days with the first phase of trial not to exceed 7 days."

**DATED THIS** 27th day of May, 2022.

_____
HONORABLE BARBARA J. ROTHSTEIN

ORDER REGARDING DISCOVERY AND PHASING OF TRIAL - 2

134065.0001/8986252.1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660