THE HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOME OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01080-BJR<br><br>STIPULATED MOTION AND ORDER FOR CONTINUING PRETRIAL LITIGATION DEADLINES |

Plaintiff Wildwood Townhomes Owners Association (the "Association") and Defendant American Family Mutual Insurance Company, S.I. ("AmFam") stipulate to this motion for a continuance of the pre-trial deadlines and respectfully request a short extension of pre-trial deadlines.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties have agreed to enter into mediation of this matter. For purposes of judicial economy, the parties propose that the pretrial deadlines be continued for forty-five days to avoid incurring additional expenses

STIPULATED MOTION AND ORDER FOR CONTINUING PRETRIAL LITIGATION DEADLINES - 1
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

on behalf of the parties should the matter resolve during mediation. No previous extensions of time have been requested or granted by the Court in this matter, and this extension is not made for purposes of delay, but rather to permit the parties additional time in an attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court. No other deadlines or events in this matter are to be altered. The parties respectfully request that the Court extend the currently scheduled deadline as set forth Below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/8/2022 | 9/22/2022 |
| Discovery completed by | 9/7/2022 | 10/22.2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 10/7/2022 | 11/21/2022 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines due to the reasons set forth above.

STIPULATED MOTION AND ORDER FOR CONTINUING
PRETRIAL LITIGATION DEADLINES - 2
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

DATED: July 20, 2022

| Lane Powell PC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: */s/Stephania Denton*<br>Stephania Denton, WSBA #21920<br>dentons@lanepowell.com<br>Karla White, WSBA #59171<br>martinezwhitek@lanepowell.com<br><br>Attorneys for American Family Mutual Insurance Company, S.I. | By: */s/Cortney Feniello*<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff Wildwood Townhomes Owners Association |

STIPULATED MOTION AND ORDER FOR CONTINUING
PRETRIAL LITIGATION DEADLINES - 3
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the pretrial deadlines be extended as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/8/2022 | 9/22/2022 |
| Discovery completed by | 9/7/2022 | 10/22.2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 10/7/2022 | 11/21/2022 |

No other deadlines or events are altered.

IT IS SO ORDERED this 25th, day of July 2022.

*Barbara J. Rothstein*

THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND ORDER FOR CONTINUING
PRETRIAL LITIGATION DEADLINES - 4
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660