THE HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOME OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01080-BJR<br><br>STIPULATED MOTION FOR CONTINUING PRETRIAL LITIGATION DEADLINES |

Plaintiff Wildwood Townhomes Owners Association (the "Association") and Defendant American Family Mutual Insurance Company, S.I. ("AmFam") stipulate to this motion for a continuance of the pre-trial deadlines and respectfully request a short extension of pre-trial deadlines.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here as Plaintiff learned its bad faith expert was retiring and must find a new expert prior to the disclosure deadline. Plaintiff has worked to find a new expert, however that individual cannot review the file and produce a report

STIPULATED MOTION FOR CONTINUING
PRETRIAL LITIGATION DEADLINES - 1
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

before the disclosure deadline currently set for September 22, 2022. Accordingly, Plaintiff requested a continuance of pretrial deadlines to permit Plaintiff time to find a new expert and have a report produced. This extension is not made for purposes of delay. Defendant AmFam has agreed to the requested continuance of certain pretrial deadlines on condition that the new deadlines will not impact the currently-set trial date. The parties respectfully request that the Court extend the currently scheduled deadline as set forth below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 9/22/2022 | 11/7/2022 |
| Discovery completed by | 10/22/2022 | 12/6/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 11/21/2022 | 1/6/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines due to the reasons set forth above.

STIPULATED MOTION FOR CONTINUING
PRETRIAL LITIGATION DEADLINES - 2
NO.: 2:21-CV-01080-BJR

DATED: September 9, 2022

| Lane Powell PC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: */s/Stephania Denton*<br>Stephania Denton, WSBA #21920<br>dentons@lanepowell.com<br>Karla White, WSBA #59171<br>martinezwhitek@lanepowell.com<br><br>Attorneys for American Family Mutual Insurance Company, S.I. | By: */s/Cortney Feniello*<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff Wildwood Townhomes Owners Association |

STIPULATED MOTION FOR CONTINUING
PRETRIAL LITIGATION DEADLINES - 3
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the pretrial deadlines be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 9/22/2022 | 11/7/2022 |
| Discovery completed by | 10/22/2022 | 12/6/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 11/21/2022 | 1/6/2023 |

The Court also hereby continues the deadline for the parties' pretrial statement to March 22, 2023, the date of the pretrial conference to April 11, 2023, and the start of the trial to April 24, 2023.

IT IS SO ORDERED this 13th day of September, 2022.

*Barbara J. Rothstein*
THE HONORABLE BARBARA J. ROTHSTEIN