THE HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOMES OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01080-BJR<br><br>STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND PRETRIAL LITIGATION DEADLINES |

Plaintiff Wildwood Townhomes Owners Association (the "Association") and Defendant American Family Mutual Insurance Company, S.I. ("AmFam") stipulate to this motion for a continuance of the trial date and pre-trial deadlines and respectfully request a short extension of the trial date and pre-trial deadlines by two months.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties have agreed to enter into a second mediation of this matter. For purposes of judicial economy, the parties propose that the pretrial deadlines be continued for sixty days to avoid incurring additional

STIPULATED MOTION AND ORDER FOR CONTINUING
TRIAL DATE AND PRETRIAL LITIGATION DEADLINES - 1
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

expenses on behalf of the parties should the matter resolve during mediation. This extension is not made for purposes of delay, but rather to permit the parties additional time in an attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court. The parties respectfully request that the Court extend the currently scheduled deadline as set forth Below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 12/6/2022 | 2/5/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 1/6/2023 | 3/7/2022 |
| Motions in Limine | 1/30/2023 | 3/31/2023 |
| Joint Pretrial Statement | 3/22/2023 | 5/22/2023 |
| Pretrial Conference | 4/11/2023 | 6/11/2023 |
| Jury Trial | 4/24/2023 | 6/24/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of the trial date and related pretrial deadlines due to the reasons set forth above.

STIPULATED MOTION AND ORDER FOR CONTINUING TRIAL DATE AND PRETRIAL LITIGATION DEADLINES - 2
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

DATED: November 10, 2022

| Lane Powell PC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: /s/Stephania Denton<br>Stephania Denton, WSBA #21920<br>dentons@lanepowell.com<br>Karla White, WSBA #59171<br>martinezwhitek@lanepowell.com<br><br>Attorneys for American Family Mutual Insurance Company, S.I. | By: /s/Daniel Stein<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff Wildwood Townhomes Owners Association |

STIPULATED MOTION AND ORDER FOR CONTINUING
TRIAL DATE AND PRETRIAL LITIGATION DEADLINES - 3
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the pretrial deadlines be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 12/6/2022 | 2/5/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 1/6/2023 | 3/7/2022 |
| Motions in Limine | 1/30/2023 | 3/31/2023 |
| Joint Pretrial Statement | 3/22/2023 | 5/22/2023 |
| Pretrial Conference | 4/11/2023 | 6/11/2023 |
| Jury Trial | 4/24/2023 | 6/24/2023 |

No other deadlines or events are altered.

Dated this 21st day of November, 2022.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER FOR CONTINUING TRIAL DATE AND PRETRIAL LITIGATION DEADLINES - 4
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660