THE HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOME OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01080-BJR<br><br>STIPULATED MOTION FOR CONTINUING DISCOVERY CUTOFF, DISPOSITIVE MOTIONS DEADLINE, AND MOTIONS IN LIMINE DEADLINE |

Plaintiff Wildwood Townhomes Owners Association (the "Association") and Defendant American Family Mutual Insurance Company, S.I. ("AmFam") stipulate to this motion for a continuance of the discovery cutoff and dispositive motions deadline and respectfully request a short extension of the discovery cutoff, dispositive motions deadline, and the Motions in Limine Deadline.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties are actively pursuing discovery in this matter but do to witness availability need a brief extension of the

STIPULATED MOTION FOR CONTINUING
DISCOVERY CUTOFF, DISPOSITIVE MOTIONS DEADLINE, AND
MOTIONS IN LIMINE DEADLINE - 1
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

deadlines to amicably schedule all necessary depositions. For purposes of judicial economy, the parties propose that the pretrial deadlines be continued pursuant to the below chart to enable both parties to amicably schedule discovery. The parties respectfully request that the Court extend the currently scheduled deadline as set forth Below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 2/5/2023 | 2/24/2023 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 3/7/2023 | 3/27/2023 |
| Motions in Limine | 3/31/2023 | 5/1/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of the trial date and related pretrial deadlines due to the reasons set forth above.

DATED: January 10, 2023

| | |
|---|---|
| Lane Powell PC<br><br>By: /s/Stephania Denton<br>Stephania Denton, WSBA #21920<br>dentons@lanepowell.com<br>Karla White, WSBA #59171<br>martinezwhitek@lanepowell.com<br><br>Attorneys for American Family Mutual Insurance Company, S.I. | Stein, Sudweeks & Stein, PLLC<br><br>By: /s/Cortney Feniello<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff Wildwood Townhomes Owners Association |

STIPULATED MOTION FOR CONTINUING
DISCOVERY CUTOFF, DISPOSITIVE MOTIONS DEADLINE, AND
MOTIONS IN LIMINE DEADLINE - 2
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

## ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the pretrial deadlines be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 2/5/2023 | 2/24/2023 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 3/7/2023 | 3/27/2023 |
| Motion in Limine | 3/31/2023 | 5/1/2023 |

No other deadlines or events are altered.

IT IS SO ORDERED this __23rd__, day of January 2023.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION FOR CONTINUING
DISCOVERY CUTOFF, DISPOSITIVE MOTIONS DEADLINE, AND
MOTIONS IN LIMINE DEADLINE - 3
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

| | |
|---|---|
| <u>Attorneys for Defendant American Family Mutual Insurance Company, S.I.:</u><br>Brian T. Kiolbasa<br>Avin Singh<br>Stephania C. Denton<br>LANE POWELL PC<br>1420 Fifth Ave, Ste 4200<br>PO Box 91302<br>Seattle, WA 98111<br>Email: kiolbasab@lanepowell.com;<br>singha@lanepowell.com;<br>dentons@lanepowell.com | ☐ via US Mail<br>☐ via Legal Messenger<br>☐ via Email<br>☒ via USDC ECF |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 10th day of January, 2023, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660