THE HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOMES OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01080-BJR<br><br>STIPULATED MOTION AND ORDER FOR CONTINUING DISCOVERY CUTOFF |

Plaintiff Wildwood Townhomes Owners Association (the "Association") and Defendant American Family Mutual Insurance Company, S.I. ("AmFam") stipulate to this motion for a continuance of the discovery cutoff and respectfully request a short extension of the discovery cutoff by five days.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties are actively pursuing discovery in this matter but due to witness availability need a brief extension of the discovery cutoff to amicably schedule all necessary depositions. For purposes of judicial

STIPULATED MOTION AND ORDER
FOR CONTINUING DISCOVERY CUTOFF- 1
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

economy, the parties propose that the discovery cutoff be continued pursuant to the below chart to enable both parties to complete the depositions of all witnesses. The parties respectfully request that the Court extend the currently scheduled deadline as set forth below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 2/24/2023 | 3/1/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of the discovery cutoff due to the reasons set forth above.

DATED:  February 7, 2023

| Lane Powell PC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: /s/*Brian Kiolbasa*<br>Stephania Denton, WSBA #21920<br>dentons@lanepowell.com<br>Brian Kiolbasa, Admitted Pro Hac Vice<br>kiolbasab@lanepowell.com<br>Attorneys for American Family Mutual Insurance Company, S.I. | By:  /s/*Cortney Feniello*<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff Wildwood Townhomes Owners Association |

STIPULATED MOTION AND ORDER
FOR CONTINUING DISCOVERY CUTOFF- 2
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the discovery cutoff be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 2/24/2023 | 3/1/2023 |

No other deadlines or events are altered.

IT IS SO ORDERED this 15th day of February, 2023.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND ORDER
FOR CONTINUING DISCOVERY CUTOFF- 3
NO.: 2:21-CV-01080-BJR

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660