THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILDWOOD TOWNHOMES OWNERS' ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Company; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-01080-BJR<br><br>NOTICE OF SETTLEMENT WITH AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. |

Plaintiff Wildwood Townhomes Owners' Association ("Association") has settled its claims with Defendant American Family Mutual Insurance Company, S.I. ("American Family"). The Association and American Family are in the process of perfecting settlement. The Association requests that the Court provide at least sixty (60) days to re-open the Association's suit against American Family in the event settlement is not perfected.

NOTICE OF SETTLEMENT WITH AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.- 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Dated the 16th day of May, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF SETTLEMENT WITH AMERICAN
FAMILY MUTUAL INSURANCE COMPANY, S.I.- 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

| | |
|---|---|
| <u>Attorneys for Defendant American Family Mutual Insurance Company, S.I.:</u><br>Brian T. Kiolbasa<br>Avin Singh<br>Stephania C. Denton<br>LANE POWELL PC<br>1420 Fifth Ave, Ste 4200<br>PO Box 91302<br>Seattle, WA 98111<br>Email: kiolbasab@lanepowell.com;<br>singha@lanepowell.com;<br>dentons@lanepowell.com | ☐ via US Mail<br>☐ via Legal Messenger<br>☐ via Email<br>☒ via USDC ECF |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 16th day of May, 2023, at Tukwila, Washington.

<u>s/Zach Heafner</u>
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660